# COURT REPORTER'S REQUEST FOR EXTENSION OF TIME

THIS RECORD IS DUE ON - 4/6/2015

THIS RECORD WAS ORIGINALLY DUE ON - 4/6/2015

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
4/7/2015 4:02:07 PM
DEBBIE AUTREY
Clerk

I AM REQUESTING  30  DAYS

THIS RECORD IS APPROXIMATELY  175  PAGES LONG

IS THIS APPEAL ACCELERATED?  ___YES __X_NO

**SIXTH COURT OF APPEALS CAUSE NO.  06-15-00024-CR**

**STYLE OF CASE:  Rodney Boyett vs. The State of Texas**

**TRIAL COURT 6th Judicial District Court**

**TRIAL COURT CAUSE NO. 25506**

I am responsible for preparing a record in this appeal, but am unable to file the record by the original due date for the following reason(s):  (Check all that apply – attach additional pages if necessary.)

☐  To the best of my knowledge, the Appellant has made no claim of indigence, or has been found to be not indigent, and has failed to either pay the required fee or to make arrangements to pay the fee for preparing the record.

X  My duties listed below preclude working on this record:  I have completed the Reporter's Record on three other requests that were requested before this case was appealed.  The cases are 10710 - In the Interest of Reddell;

25005 – State vs. Toppings; and

CV40921 – Dillon vs. Rayner (requested portions only).

Also, I have been in court in jury trials in the following cases:

CV41646 – Horacio Rangel vs. Antonio Mejia, Individually, and d/b/a Tony's Body Shop, and

11223 – Tim Warren, Joan Warren, Ronnie Barton, Cynthia Bledsoe, Kenneth Pepper, Douglas Lorenz, Irma Lorenze, Kerry Morgan, Janice Morgan vs. Tres Lagos Property Owners' Association, Jim Rose, Jeff Lester, Karen Campbell, Gayle Cerveny, Brent Welch.

Other (explain): _____.

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

April 7, 2015
Date

*Anna M. Upchurch*
Signature

903-737-2434
Office Phone Number

Anna M. Upchurch
Printed Name

Districtcourt_62nd_lamar_tx@yahoo.com
E-mail address (if available)

62nd Judicial District Court Reporter
Official Title

The following parties have been served with a copy of this document:
(Information may be either printed or typed.)

**Lead Counsel for Appellant(s):**

Name: Mr. Michael Mowla

Address:  445 E. FM 1382 #3-718
           Cedar Hill, TX 75104


Phone No. 972-795-2401
Fax No. 972-692-6636
Michael@mowlalaw.com

Attorney for:  Jessica Boyett

**Lead Counsel for Appellee(s):**

Name: Mr. Gary Young

Address: 119 North Main Street
          Paris, Texas 75460


Phone No. 903-737-2452



Attorney for: The State of Texas


FAX TO:  Molly Pate (Deputy Criminal Clerk) or Kim Robinson (Deputy Civil Clerk)

Sixth Court of Appeals, Texarkana, at

903 798-3034

(to be followed by a printed version by mail)